IN THE UNITED STATES DISTRICT COURT
FOR MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) No. 3:14-cr-000076 |
| | ) |
| VICTOR JONES, | ) |

## MOTION TO CONTINUE TRIAL DATE

Comes now the defendant, Victor Jones, by and through counsel and respectfully requests this court continue the trial in this matter which is currently set for August 5, 2014.

For cause, counsel would submit that he is scheduled to be out of town on a pre-paid vacation the week of August 5th.

*[Handwritten annotation: Denied. Continuation to grant/in the interest of justice to enable counsel to be prepared for trial. [signature] 6-12-14]*

Respectfully submitted,

/s/Jim Todd
Jim Todd #16320
218 Third Avenue North
Suite 200
Nashville, Tennessee 37201
Phone: (615) 628-9111

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been hand delivered via electronic transfer and/or mailed, postage prepaid, to the Honorable Assistant United States Attorney, Federal Court Building, 110 9th Avenue South, A961, Nashville, Tennessee 37203 on this the ___day of June, 2014.

/s/ Jim Todd
Jim Todd