IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:14-00076-03 |
| | ) | Senior Judge Haynes |
| v. | ) | |
| | ) | |
| VICTOR JONES, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon review, Defendant's counsel's motion to withdraw is **GRANTED** (Docket Entry No. 86). The Federal Public Defender is to secure new counsel for the Defendant. New counsel shall file a report on counsel's readiness for trial within 30 days of counsel's entry of appearance.

Therefore, the trial is **CONTINUED** as to all Defendants in the interest of justice to allow new counsel to be prepared for trial.

It is so **ORDERED**.

**ENTERED** this the _29_ day of June, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge