UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) No. 3:14-cr-00076-1 |
| MONTREZ DUNCAN, | ) |
| Defendant. | ) |

# ORDER

On February 16, 2022, a revised Presentence Investigation Report was issued for Defendant Montrez Duncan. The Government timely filed a sentencing memorandum analyzing the 18 U.S.C. 3553(a) factors so that the Court can prepare. The Defendant has not. Given that the proposed sentencing guideline range is 360-480 months of incarceration, the Court needs Defendant's position on the 3553(a) factors. Accordingly, the sentencing set for Friday, **February 25, 2022,** is cancelled to be rescheduled after Defendant files a sentencing memorandum no later than **March 4, 2022.** The parties shall provide the Court three agreed days and time to reset Mr. Duncan's sentencing.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE